# EXHIBIT A

## Venue Declaration Pursuant to Cal. Civ. Code 1780(d)

I, Andrea Guerrero, declare as follows:

1. I am the named Plaintiff in the above-captioned action and a citizen of the State of California. I have personal knowledge of the facts set forth in this declaration, and am competent to testify to the same. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. I believe that the Eastern District of California is the proper place for trial of this case because I reside in this District, and a substantial part of the events or omissions giving rise to the claims at issue in this case occurred in this District.

I declare under penalty of perjury that the foregoing is true and correct, executed on ___06/03/2024___ in Ridgecrest, California

_____
Andrea Guerrero