**TREEHOUSE LAW, LLP**
Benjamin Heikali (SBN 307466)
Ruhandy Glezakos (SBN 307743)
Joshua Nassir (SBN 318344)
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
Email: bheikali@treehouselaw.com
   rglezakos@treehouselaw.com
   jnassir@treehouselaw.com

*Attorneys for Plaintiff*

**THE WAND LAW FIRM, PC.**
Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

**NOLAN LAW**
Paul J. Nolan (SBN 192267)
1437 Royal Owl Street
Norco, CA 92860
Telephone: (909) 437-3206
Email: pnolan@nolanlawyer.com

*Attorneys for Defendant Bold Adventure LLC*

**WOLF, RIFKIN, SHAPIRO, SHULMAN & RABKIN, LLP**
Matthew Oster (SBN 190541)
11400 West Olympic Blvd., 9th FL
Los Angeles, CA 90064
Telephone: (310) 478-4100
Email: moster@wrslawyers.com

*Attorneys for Defendants LuxClub, Inc. And Margaret Mosseri*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GUERRERO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUXCLUB, INC., a New York corporation; BOLD ADVENTURE LLC, a Delaware limited liability company; MARGARET MOSSERI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:24-cv-00721-JLT-CDB<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Andrea Guerrero ("Plaintiff") and Defendants Bold Adventure LLC ("Bold Adventure"), LuxClub, Inc. ("Lux"), and Margaret Mosseri ("Mosseri") (collectively "Defendants"),[1] by and through their respective counsel of record, are pleased to inform the Court that they have reached a settlement in principle and are in the process of formalizing their settlement in a written agreement.

Consistent with the Court's Minute Order (ECF No. 17), the Parties intend to file dispositional documents no later than January 29, 2025.

DATED: December 4, 2024                Respectfully submitted,

**THE WAND LAW FIRM, P.C.**

By: /s/ Aubry Wand
    Aubry Wand

**TREEHOUSE LAW, LLP**
Joshua Nassir

*Attorneys for Plaintiff*

DATED: December 4, 2024                Respectfully submitted,

**NOLAN LAW**

By: /s/ Paul J. Nolan
    Paul J. Nolan

*Attorneys for Defendant Bold Adventure LLC*

DATED: December 4, 2024                Respectfully submitted,

**WOLF, RIFKIN, SHAPIRO, SHULMAN & RABKIN, LLP**

By: /s/ Matthew Oster
    Matthew Oster

*Attorneys for Defendants LuxClub, Inc. and Margaret Mosseri*

---

[1] Plaintiff and Defendants are collectively referred to as "the Parties."

-1-
JOINT NOTICE OF SETTLEMENT

**ATTESTATION OF E-FILED SIGNATURE**

I, Aubry Wand, am the ECF User whose ID and password are being used to file the foregoing document. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 4, 2024                    By: /s/ Aubry Wand