**TREEHOUSE LAW, LLP**
Benjamin Heikali (SBN 307466)
Ruhandy Glezakos (SBN 307743)
Joshua Nassir (SBN 318344)
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
Email: bheikali@treehouselaw.com
        rglezakos@treehouselaw.com
        jnassir@treehouselaw.com

*Attorneys for Plaintiff*

**NOLAN LAW**
Paul J. Nolan (SBN 192267)
1437 Royal Owl Street
Norco, CA 92860
Telephone: (909) 437-3206
Email: pnolan@nolanlawyer.com

*Attorneys for Defendant Bold Adventure LLC*

**THE WAND LAW FIRM, PC.**
Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

**WOLF, RIFKIN, SHAPIRO, SHULMAN & RABKIN, LLP**
Matthew Oster (SBN 190541)
11400 West Olympic Blvd., 9th FL
Los Angeles, CA 90064
Telephone: (310) 478-4100
Email: moster@wrslawyers.com

*Attorneys for Defendants LuxClub, Inc. And Margaret Mosseri*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GUERRERO, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>LUXCLUB, INC., a New York corporation; BOLD ADVENTURE LLC, a Delaware limited liability company; MARGARET MOSSERI, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 1:24-cv-00721-JLT-CDB<br><br>**STIPULATION OF DISMISSAL AGAINST LUXCLUB, INC., a New York corporation; BOLD ADVENTURE LLC, a Delaware limited liability company; MARGARET MOSSERI, an individual; and DOES 1 through 10, inclusive** |

Plaintiff ANDREA GUERRERO ("Plaintiff") and LUXCLUB, INC., a New York corporation; BOLD ADVENTURE LLC, a Delaware limited liability company; MARGARET MOSSERI, an individual; and DOES 1 through 10, inclusive ("Defendants"), through their respective counsel of record, hereby stipulate to Plaintiff's voluntary dismissal of her claims against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The claims of the putative class members against Defendants are dismissed without prejudice.  Plaintiff and Defendants shall each bear their own costs and attorney's fees.

**SO STIPULATED AND AGREED:**

DATED: March 11, 2025                    Respectfully submitted,

**THE WAND LAW FIRM, P.C.**

By: /s/ Aubry Wand
        Aubry Wand

**TREEHOUSE LAW, LLP**
Joshua Nassir

*Attorneys for Plaintiff*

DATED: March 11, 2025                    Respectfully submitted,

**NOLAN LAW**

By: /s/ Paul J. Nolan
        Paul J. Nolan

*Attorneys for Defendant Bold Adventure LLC*

DATED: March 11, 2025                    Respectfully submitted,

**WOLF, RIFKIN, SHAPIRO,
SHULMAN & RABKIN, LLP**

By: /s/ Matthew Oster
        Matthew Oster

*Attorneys for Defendants LuxClub, Inc. and Margaret Mosseri*

## <u>ATTESTATION OF E-FILED SIGNATURE</u>

I, Aubry Wand, am the ECF User whose ID and password are being used to file the foregoing Stipulation of Dismissal. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 11, 2025                    By: */s/ Aubry Wand*

---

2